IN THE DISTRICT COURT OF CHESTER COUNTY PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-05427

Sheriff's Sale Date: _____

V.

OMAYRA SIXTOS, ET AL,
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __Summons & Complaint__

I, __Stan Sikorski__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve OMAYRA SIXTOS the above process on the __15__ day of __Jan__, 20__18__, at __1:25__ o'clock, __P__M, at 3538 DAMON DR GRAND PRAIRIE, TX 75052

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: _____
Relationship/Title/Position: _____
Remarks: _____
Description: Approximate Age __40's__ Height __5'6"__ Weight __270__ Race __White__ Sex __F__ Hair __brown__

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of __Texas__          )
                                          ) SS:
County of __Denton__                      )

Before me, the undersigned notary public, this day, personally, appeared __Stan Sikorski__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __17__ day of __Jan__, 20__18__.

_____
Notary Public

GINGER R WILDER
My Commission Expires
August 6, 2019

File Number: USA-175708
Case ID #: 5082375