# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
|     Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO.: 17-5427** |
| **OMAYRA SIXTOS** | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of April, 2018, it is hereby **ORDERED** that by April 19, 2018, Plaintiff must **SHOW CAUSE** as to why all claims against Omayra Sixtos should not be dismissed for want of prosecution.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.