### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.: 17-5427** |
| **OMAYRA SIXTOS** | : | |
|     **Defendant.** | : | |

### **ORDER**

**AND NOW**, this 27th day of April, 2018, upon consideration of Plaintiff's Response to this Court's Order to Show Cause (ECF No. 4), it is hereby **ORDERED** that the Clerk of Court shall place the above-captioned action in **SUSPENSE** pending the outcome of the referenced "loss mitigation review."

Plaintiff shall inform the Court of the outcome of the review within ten (10) days of its decision.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.