# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | COLLEEN M. HIRST* |
| THOMAS I. PULEO | SUITE 5000 | PAUL W. LUONGO* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | MATTHEW K. FISSEL* |
| *PA & NJ BAR | (215) 627-1322 | MICHAEL J. CLARK* |
| | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | JAMES WARMBRODT |
| | | KEVIN G. MCDONALD* |
| | | UJALA AFTAB* |
| | | EVAN J. HARRA* |

May 8, 2018

Honorable C. Darnell Jones, II
United States District Court
Eastern District of Pennsylvania


RE:   THE UNITED STATES OF AMERICA vs. OMAYRA SIXTOS
      Chester County – Docket #17-05427


Dear Judge Jones:

Kindly re-open the above referenced case and place it into the active docket. The short sale review has concluded, and a short sale was not executed. Plaintiff will file a Motion for Default Judgment shortly.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esquire
Attorney for Plaintiff
Tel: 215-825-6327
Fax: 215-825-6443
Email: RSolarz@kmllawgroup.com


cc:   OMAYRA SIXTOS