# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO.: 17-5427** |
| **OMAYRA SIXTOS** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 10th day of May, 2018, upon consideration of the representations made by counsel in the letter dated May 8, 2018, it is hereby **ORDERED** that above-captioned matter be removed from suspense and returned to the Court's active docket forthwith.

It is **FURTHER ORDERED** that Plaintiff shall file its Motion for Default Judgment within fourteen (14) days of the filing of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.