# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>v.<br><br>OMAYRA SIXTOS<br>            Defendant | Civil Action No:  17-05427 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

> Respectfully submitted,
> KML Law Group, P.C.
>
> By: _____
> Rebecca A. Solarz, Esquire
> Suite 5000 – BNY Independence Center
> 701 Market Street
> Philadelphia, PA  19106-1532
> (215) 825-6327